cH

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED
2008 MAR -4 PM 2:00

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | Magistrate Case No. |
| Plaintiff, | ) | '08 MJ 0659 |
| | ) | KNH |
| v. | ) | COMPLAINT FOR VIOLATION OF: |
| | ) | |
| **DIAZ-Torres, Josefino** | ) | Title 8, U.S.C., Section 1326; Deported Alien Found in the United States |
| | ) | |
| Defendant. | ) | |

The undersigned complainant, being duly sworn, states:

On or about, **February 26, 2008**, within the Southern District of California, defendant, **Josefino DIAZ-Torres,** an alien, who previously had been excluded, deported and removed from the United States to Mexico, was found in the United States, without the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8, United States Code, Section 1326.

And the complainant further states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

SIGNATURE OF COMPLAINANT
Patricia Vargas, Deportation Officer
U.S. Immigration & Customs Enforcement

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS **4th** DAY OF **March 2008.**

UNITED STATES MAGISTRATE JUDGE
**CATHY ANN BENCIVENGO**
**U.S. MAGISTRATE JUDGE**

**CONTINUATION OF COMPLAINT:**
**NAME: DIAZ-Torres, Josefino**

## PROBABLE CAUSE STATEMENT

On Tuesday February 26 2008, the defendant, identified as Josefino DIAZ-Torres, was arrested in San Diego, California, by the San Diego Sheriffs Department for violation of Penal Code 647(F), Disorderly Conduct and booked into County Jail. While in the custody of county jail an Immigration Enforcement Agent determined the defendant to be a citizen of Mexico and placed an immigration detainer pending his release. On Monday, March 03, 2008, at approximately 04:15 a.m., the defendant was referred to Immigration and Customs Enforcement custody. Immigration Enforcement Agent Patrick Amos reviewed various sources of information and conducted official record checks in regards to the defendant confirming him to be a citizen of Mexico having been previously removed from the United States.

A thorough review of official immigration computer database record checks and information contained in the Alien Registration file revealed that the defendant was ordered removed from the United States by an Immigration Judge on March 13, 2006; and removed the same day to Mexico via the San Ysidro Port of Entry. Record checks also revealed that the defendant has been issued an order of re-instatement on six occasions, the most recent being on February 02, 2008, and removed to Mexico via the San Ysidro Port of Entry. Record checks further indicate that the defendant has not applied to the Attorney General of the United States or the Secretary of the Department of Homeland Security for permission to re-enter the United States.

The Automated Biometric Fingerprint Identification System (IDENT) and the Automated fingerprint identification system (IAFIS) was utilized and compared the defendant's fingerprints to those contained in these databases. The results confirmed the defendant's identity as Josefino DIAZ-Torres, a citizen and national of Mexico. A photograph and a set of fingerprints contained within the official Alien Registration File were also reviewed and compared to the defendant, further confirming his identity.

All information indicates that the defendant is a citizen of Mexico; was ordered removed to Mexico; was removed to Mexico; and has no legal right to enter or remain in the United States.

Based upon the foregoing information, there is probable cause to believe that Josefino DIAZ-Torres has illegally re-entered the United States after Deportation, in violation of Title 8 of the United States Code 1326, Deported Alien Found in the United States.